**CHONG SU KIRK YI, a/k/a Kirk, a/k/a Chong Su Yi, Plaintiff–Appellant,**

v.

**PEPCO HOLDINGS, INCORPORATED, Defendant–Appellee.**

**No. 14–1083.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 2, 2014.

Chong Su Yi, Appellant Pro Se.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Chong Su Yi appeals the district court's order dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Yi v. Pepco Holdings, Inc.,* No. 8:13–cv–03837–PJM (D.Md. Dec. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*